UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA MARKOCKI<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY<br><br>Defendant/Third Party Plaintiff,<br><br>v.<br><br>CITIZENS' ABSTRACT INC.<br><br>Third-Party Defendant. | C.A. No. 06-2422<br><br><br><br>CLASS ACTION |

## STIPULATION FOR NOTICE TO CLASS

IT IS HEREBY stipulated and agreed between Plaintiff Donna Markocki, by Class Counsel, Defendant Old Republic National Title Insurance Company and Third-Party Defendant Citizens Abstract, Inc., by their respective counsel, as follows:

1. The parties agree that it is appropriate to provide notice to the Class, as defined in the Court's Order of December 9, 2008 (Doc. 105), by posting or publication in the form attached hereto as Exhibit A. As part of this notice process, the parties also agree that Plaintiffs establish an internet website (reserved under www.titleinsuranceratelitigation.com) on which all relevant court pleadings will be posted for Class members to view over the internet.

2. The parties agree that within thirty (30) days from the date the Court approves Notice in the form attached hereto as Exhibit A, Plaintiffs will post the proposed Notice on the

website www.titleinsuranceratelitigation.com, where it will remain posted throughout the duration of this matter with all other relevant pleadings.

3. The parties agree that, within thirty (30) days from the date the Court approves Notice in the form attached hereto as Exhibit A, Plaintiffs will publish the summary notice in a weekday edition of each the following large circulation newspapers within the Commonwealth of Pennsylvania: The Philadelphia Inquirer, Philadelphia Tribune, Pittsburgh Post-Gazette, New Pittsburgh Courier, Erie Times-News, Harrisburg Patriot News, Allentown Morning Call and Scranton Times Tribune.

4. At the same time, Plaintiffs shall issue appropriate news releases to both hard-print and internet media regarding the Court's class certification decision and the Notice to the Class. The news release will be specifically targeted to Pennsylvania news outlets.

Dated: June 19, 2009

BY: *s/ David A. Searles*
David A. Searles, Esq.
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067

Philip S. Friedman, Esq.
FRIEDMAN LAW OFFICES, PLLC
2401 Pennsylvania Avenue, N.W., Suite 410
Washington, DC 20037
(202) 293-4175

Richard S. Gordon, Esq.
QUINN, GORDON & WOLF, CHTD.
102 W. Pennsylvania Ave., Ste. 402
Towson, Maryland 21204
(410) 825-2300

*Class Counsel*

Dated: June 19, 2009

*s/ David E. Edwards*
David J. Creagan

        David E. Edwards
        WHITE AND WILLIAMS, LLP
        1800 One Liberty Place
        Philadelphia, PA 19103
        (215) 864-7000

*Attorneys for Defendant Old Republic National Title Insurance Company*

<u>s/ Joel I. Herzfeld</u>
Joel. I. Herzfeld, Esq.
SIMON, RICCHEZZA, SINGER & TURCHI, LLP
1700 Market Street, Suite 3110
Philadelphia, PA 19103

*Attorneys for Third-Party Defendant Citizens' Abstract, Inc.*

**APPROVED AND SO ORDERED:**

*[signature]*
**PETRESE B. TUCKER, U.S.D.J.**

# EXHIBIT A

Case 2:06-cv-02422-PBT    Document 124    Filed 06/22/2009    Page 4 of 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA MARKOCKI, on behalf of herself and all others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, : <br> : <br> Defendant. : <br> : | C.A. No. 06-2422 <br><br> CLASS ACTION |

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**TO:** All persons or entities in the Commonwealth of Pennsylvania who within 10 years of having previously purchased title insurance in connection with their mortgages or fee interests, refinanced the identical mortgage or fee interest, and were charged a title insurance premium by Old Republic National Title Insurance Company that did not include the applicable premium discount for title insurance on file with the Pennsylvania Insurance Commissioner (the "Class"), but not including any officers and directors of the Defendant, who are excluded from the Class.

# PLEASE TAKE NOTICE:

PURSUANT TO AN ORDER issued by the Honorable Petrese B. Tucker of the United States District Court for the Eastern District of Pennsylvania, you are advised of the existence of the above entitled class action lawsuit. On December 9, 2008, the Court directed that this case proceed as a class action under Federal Rule of Civil Procedure 23 and that this Notice be sent to you. If you are a member of the Class described above, your rights are being determined in this case.

Draft Summary Notice
Exhibit A
Page 2 of 4

## BACKGROUND

This case was filed by Plaintiff Donna Markocki, who filed a Class Action Complaint against Old Republic National Title Insurance Company (the "Defendant"), pursuant to state law.

To briefly summarize the case, the Plaintiff alleges that the Defendant systematically charged Pennsylvania consumers who refinance their mortgages premiums for title insurance that are far in excess of the rates permitted under Pennsylvania law. Defendant maintains its actions did not violate the law.

## THE PROPOSED CLASS

The Court has certified the Class as defined above. It is estimated that the number of transactions involving Class members is in excess of 90,000 during the applicable time period.

If you fall within the definition of either Class, you will be a Class member. YOU DO NOT NEED TO TAKE ANY ACTION IN ORDER TO REMAIN IN THE CLASS. Being a Class member means that, if a judgment award is issued by the Court or a settlement is approved by the Court, you will have the right to participate in the judgment or settlement and become eligible for the judgment or settlement benefits. If a settlement is approved, all Class members will release any claims against the defendants that were asserted in the lawsuit.

The Court has certified the Plaintiff Donna Markocki as Class Representative. The Court has certified Richard S. Gordon, Esq. of Quinn, Gordon & Wolf, Chtd. as Lead Class Counsel, and Philip S. Friedman of Friedman Law Offices, PLLC and David A. Searles and Michael D. Donovan of Donovan Searles, LLC as Class Counsel.

Draft Summary Notice
Exhibit A
Page 3 of 4

## YOUR RIGHTS AS A CLASS MEMBER

If you wish to remain a member of the Class and participate in the lawsuit as a Class member, you need not respond to this notice or take any action. If a judgment is entered against the defendant or a settlement is approved by the Court between the parties, you will be advised.

If you do not wish to remain a member of the Class, and do not wish to participate in the lawsuit, you must opt-out by [**30 days from date of Notice**], 2009 by mailing, faxing or e-mailing a written request for exclusion, referencing the name and number of the case as *Markocki v. Old Republic National Title Insurance Company*, Civil Action No. 06-2422, to Lead Class Counsel:

> Richard S. Gordon, Esq.
> QUINN, GORDON & WOLF, CHTD.
> 102 West Pennsylvania Avenue, Suite 402
> Baltimore, Maryland 21204
> Facsimile 410-825-0066
> optout@_____.com

If no written request for exclusion from the Class is received by the date indicated above, you will be considered to be included in the Class. Any questions you have concerning this case should be directed to Lead Class Counsel

## OTHER MATTERS

This Notice does not fully describe all of the claims and defenses of this lawsuit. You may, of course, seek the advice and guidance of your own attorney if you desire. For further information, you may review all of the pleadings and other documents filed in this case at the Office of the Clerk, United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania set forth above. You may

also review a more detailed description of the litigation and your rights as a class member at www.titleinsuranceratelitigation.com.

**DO NOT CONTACT THE CLERK, THE JUDGE OR DEFENDANT WITH ANY QUESTIONS ABOUT THIS CASE.**

Michael E. Kunz, Clerk of Court