IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA MARKOCKI, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 06-2422 |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | : |
| Defendant, | : |
| v. | : |
| CITIZENS' ABSTRACT, INC. | : |
| Third Party Defendant. | : |

## ORDER

**AND NOW**, this __26th__ day of May, 2015, upon consideration of Defendant Old Republic National Title Insurance Company's ("Old Republic") Motion to Decertify Class (Doc. 213), Third Party Defendant Citizens' Abstract Inc.'s ("Citizens") Motion to Decertify Class (Doc. 216), Plaintiff Donna Markocki's Motion for Partial Summary Judgment (Doc. 168), Defendant Old Republic's Cross-Motion for Summary Judgment (Doc. 181), and Citizens' Motion for Joinder or, Alternatively, Motion for Summary Judgment (Doc. 182), and the parties' various responses and replies thereto, **IT IS HEREBY ORDERED AND DECREED** the following:

1) Defendant Old Republic's Motion to Decertify Class (Doc. 213) is **GRANTED** as to the Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL") claim and **DENIED** as to the Real Estate Settlement Procedures Act

("RESPA") claim;

2) Third Party Defendant Citizens' Motion to Decertify Class (Doc. 216) is **GRANTED** as to the UTPCPL claim and **DENIED** as to the RESPA claim;

3) Plaintiff's Motion for Partial Summary Judgment (Doc. 168) is **DENIED**;

4) Defendant Old Republic's Cross-Motion for Summary Judgment (Doc. 181) is **DENIED** as to the UTPCPL claim and **GRANTED** as to the RESPA claim; and

5) Third Party Defendant Citizens' Motion for Joinder or, Alternatively, Motion for Summary Judgment (Doc. 182) is **DENIED**.[1]

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated May 26, 2015.